

FILED IN
COURT OF APPEALS
NOV 2 2 1999
LISA ROMBOK
CLERK, 5th DISTRICT

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. 73,617

## EX PARTE JOSEPH GLOVER, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

## OPINION

This is a post-conviction application for a writ of habeas corpus filed pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of aggravated robbery. Punishment was assessed at forty-five years imprisonment. This conviction was affirmed, Glover v. State, No. 05-94-01143-CR (Tex. App.— Dallas, delivered February 20, 1997, no pet.).

Applicant contends that he was denied an opportunity to file a *pro se* petition for discretionary review because his appellate attorney did not timely advise him as to his right to pursue discretionary review. The trial court finds that Applicant was deprived of his

opportunity to file a *pro se* petition for discretionary review and recommends that relief be granted. The record reflects that Applicant was not informed, in a timely manner, of his right to pursue a *pro se* petition for discretionary review.

Applicant is entitled to relief. The proper remedy in a case like this is to return Applicant to the point at which he can file a petition for discretionary review. He may then follow the proper procedures in order that a meaningful petition for discretionary review may be filed. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the Court of Appeals' decision had been rendered on the day the mandate of this Court in this cause issues. We hold that should Applicant desire to seek discretionary review, he must take affirmative steps to see that his petition is filed in the Court of Appeals within thirty days after the mandate of this Court has issued.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice, Institutional and Pardons and Paroles Divisions.

DELIVERED: November 17, 1999
DO NOT PUBLISH

U.S. POSTAGE

AUSTIN TX
NOV 18'99

FIRST CLASS



TEXAS

LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202

73,617



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711